E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **WEAVER**  **WILLIE**
(Last)    (First)    (Initial)

Prisoner Number **J-91389**

Institutional Address **PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY, CA. 95531.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**WILLIE WEAVER**
(Enter the full name of plaintiff in this action.)

vs.

**PELICAN BAY STATE PRISON FIRST WATCH MEDICAL, INMATES**

(Enter the full name of the defendant(s) in this action)

Case No. **CV 07 6099 JW (PR)**
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **P.S.4**

B.   Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
   YES (✓)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                               - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. __STILL BEING PROCESSED__

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
__WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531__

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
__PELICAN BAY STATE PRISON FIRST__

COMPLAINT      - 2 -

1  WATCH, AND CORRECTIONAL OFFICERS
2  MEDICAL, INMATES, 209, 211
3
4
5  III.    Statement of Claim.
6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 SLEEP DEPRIVATION OF PLAINTIFF OF
11 HIS SLEEP ON FIRST WATCH FROM
12 P.B.S.P. AND CORRECTIONAL OFFICERS,
13 MEDICAL PLAINTIFF NEIGHBOR'S IN
14 CELL 209, 211 FROM 1:00 TO 6:00 A.M.
15 PLAINTIFF IS BEING WOKEN FROM SLEEP
16 OF SENSORY DEVICE MACHINE, THESE
17 ARE WITTNESSES THAT ARE HAVING THE
18 SAME PROBLEMS, CARLOS LUTZ, #P BLOCK
19 MONTELELLO ALSO 1# BLOCK 11/25/07
20 DEFENDANTS SHOWED DELIBERATE
21 INDIFERENCE UNDER THE EIGHT AMEND-
22 -MENT THAT CONSTITUE CRUEL UNUSUAL
    PUNISHMENT.
23 IV.    Relief.
24      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 LIABILITY DAMAGES/DUE TO
27 25,000 THOUSAND DOLLARS, CONSPIRACY'S
28 U.S. CONSTITUTION VIOLATION, PENAL
   CODE VIOLATION.

COMPLAINT                      - 3 -

1 PUNITIVE DAMAGES: 25,000 TWENTY
2 FIVE THOUSAND DOLLARS DUE TO: MENTAL
3 ANGUISH, STRESS DISORDER, SECONDARY
4 DEPRESSIVE DISORDER,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __25__, 20__07__

_Willie Weaver_
(Plaintiff's signature)

COMPLAINT                              - 4 -