WILLIAMS
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

EUREKA CA 955

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M    $ 00.4
0004217666   NOV 26
MAILED FROM ZIP CODE 9

CONFIDENTIAL
LEGAL MAIL

9411114803 C011

OFFICE OF THE CLE
UNITED STATES D
COURT NORTHERN
OF CALIFORNIA 45
GOLDEN GATE AV
SAN FRANCISCO, CA
94