**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIE WEAVER,                    )
                                       )      No. C 07-06099 JW (PR)
12              Plaintiff,             )
                                       )      JUDGMENT
13      vs.                            )
                                       )
14   PELICAN BAY STATE PRISON, et      )
     al.,                              )
15                                     )
               Defendant(s).           )
16                                     )

17

18          Plaintiff, a state prisoner, filed a <u>pro</u> <u>se</u> civil rights complaint pursuant to 42

19   U.S.C. § 1983.  On January 31, 2008, the Court denied plaintiff's request to proceed

20   <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the

21   full filing fee within thirty days from the date the order was filed, *i.e.*, no later than

22   March 1, 2008.  Plaintiff was advised that failure to pay the full filing fee in the time

23   provided would result in the dismissal of the action without prejudice.

24          The deadline has since passed, and plaintiff has not paid the full filing fee.

25   This case is DISMISSED without prejudice.  Judgment is entered accordingly.

26

27   DATED: _____March 10, 2008_____

                                       _____
28                                     JAMES WARE
                                       United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.07\Weaver06099_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

              Plaintiff,

  v.

PELICAN BAY STATE PRISON, et al.,

              Defendants.

                             /

Case Number: CV07-06099 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____ 3/20/2008 _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Eugene Weaver J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

Dated: _____ 3/20/2008 _____

                                  Richard W. Wieking, Clerk
            /s/    By: Elizabeth Garcia, Deputy Clerk