**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

April 17, 2008

Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000

SUBJECT:    Request for Payment of Docket Fee

    Title:  **WILLIE WEAVER -v- PELICAN BAY STATE PRISON**
    Case Number:    CV 07-06099 JW
    Court of Appeals Number:

A notice of appeal was filed with this Court on 416/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by:  Cindy Vargas
    Case Systems Administrator

cc: U.S. Court of Appeals