UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 21, 2008

**CASE INFORMATION:**
Short Case Title:  <u>WILLIE WEAVER</u>-v- <u>PELICAN BAY STATE PRISON</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge James Ware</u>
Criminal and/or Civil Case No.: <u>CV 07-06099 JW</u>
Date Complaint/Indictment/Petition Filed: <u>12/3/07</u>
Date Appealed order/judgment *entered* <u>3/20/08</u>
Date NOA *filed* <u>4/16/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number:
*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                Date Docket Fee Billed: <u>4/17/08</u>
Date FP granted:                     Date FP denied: <u>1/31/08</u>
Is FP pending? ☐ yes ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases?  Please list:
*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                   Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000
PRO SE

☐ retained  ☐ CJA  ☐ FPD  <u>x</u> Pro Se  ☐ Other    *Please attach appointment order*

**DEFENDANT INFORMATION**
Prisoner ID:                         Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                 9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>