UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 24 2008

April 21, 2008

FILED _____
DOCKETED _____
DATE     INITIAL

**CASE INFORMATION:**
Short Case Title: <u>WILLIE WEAVER</u>-v- <u>PELICAN BAY STATE PRISON</u>
Court of Appeals No. (leave blank if a unassigned  06-80097
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge James Ware</u>
Criminal and/or Civil Case No.: <u>CV 07-06099 JW</u>
Date Complaint/Indictment/Petition Filed: 12/3/07
Date Appealed order/judgment *entered* 3/20/08
Date NOA *filed* 4/16/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: 4/17/08
Date FP granted:                         Date FP denied: 1/31/08
Is FP pending? ☐ yes ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
Willie Eugene Weaver
J-91389
Pelican Bay State Prison
P. O. Box 7000
Crescent City, Ca 95531-7000
PRO SE

☐ retained  ☐ CJA  ☐ FPD  x Pro Se  ☐ Other    *Please attach appointment order*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>